# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151186 & (47)

TERI WALTERS and KIM WALTERS,
      Plaintiffs-Appellees,

v

                                      SC: 151186
                                      COA: 319016
                                      Eaton CC: 12-000658-NH

DONALD S. FALIK, D.D.S., d/b/a FALIK
FAMILY DENTISTRY, ROBERT C. FALIK,
D.D.S., and JANE DOE,
              Defendants-Appellants.

_____/

      On order of the Court, the motion to strike is considered, and it is DENIED. The application for leave to appeal the January 29, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Elher v Misra*, ___ Mich ___ (SC 150824, decided 2/08/2016).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016                      

d0414                                                Clerk